JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* and the STATE OF CALIFORNIA *ex rel.* TDP RCM SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DR. JOEL ARONOWITZ; DANIEL ARONOWITZ; SARAH ARONOWITZ; TOWER MULTI-SPECIALTY MEDICAL GROUP; TOWER OUTPATIENT SURGERY CENTER; TOWER WOUND CARE OF SANTA MONICA; TOWER MEDICAL BILLING SOLUTIONS; and FIONA CHALOM,<br><br>Defendants. | No. CV 20-1248 JFW (PLAx)<br><br>ORDER RE DISMISSAL OF RELATOR'S CLAIM TO ATTORNEY'S FEES, EXPENSES, AND COSTS |

{H1013142.2}

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the July 12, 2023 Settlement Agreement (the "Agreement") between Plaintiff-Relator TDP RCM Services, LLC ("Relator") and Defendants Joel Aronowitz, M.D.; Tower Multi-Specialty Medical Group; Tower Wound Care Center of Santa Monica, Inc.; Tower Outpatient Surgery Center, Inc.; Daniel Aronowitz; and Tower Medical Billing Solutions (collectively, "Defendants"), Relator and Defendants filed a Stipulation of Dismissal of Relator's Claim to Attorney's Fees, Expenses, and Costs. Upon consideration of the Stipulation, and the papers on file in this action,

NOW, THEREFORE, IT IS ORDERED THAT:

1. Relator's claim against Defendants for attorney's fees, expenses, and costs under 31 U.S.C. § 3730(d) and California Government Code § 12652(g) is dismissed with prejudice.
2. The Court shall retain jurisdiction to enforce the Agreement.
3. The Agreement and this Stipulation do not prejudice Relator's claim for a share of the proceeds of the Federal Settlement Amount pursuant to 31 U.S.C. § 3730(d) or the California Settlement Amount pursuant to California Government Code § 12652 from the United States of America and the State of California, respectively.

IT IS SO ORDERED.

Dated: September 19, 2023

JOHN F. WALTER
United States District Judge

{H1013142.2}                                1